UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 3:13-cv-03116-JES-JAG |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 98.214.49.197, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE DEFENDANT

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe 1 ("Defendant") from this action without prejudice. Defendant was assigned the IP address 98.214.49.197. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 13, 2013

                                                            Respectfully submitted,

                                                            SCHULZ LAW, P.C.

By:   /s/ *Mary K. Schulz*
        Mary K. Schulz, Esq.
        1144 E. State Street, Suite A260
        Geneva, Il 60134
        Tel:  (224) 535-9510
        Fax:  (224) 535-9501
        Email:  schulzlaw@me.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Mary K. Schulz*